IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| REAL PROPERTY AND IMPROVEMENTS, 1 PARCEL LOCATED at 120 SUTTON WAY, ATKINSON COUNTY, GEORGIA, | : Criminal Action No. 7:08-CV-81(HL) |
| Defendant Property | : |
| BERRIEN L. SUTTON, LISA SUTTON, and INN AT STILL POND | : |
| Claimants. | : |

## ORDER

On March 4, 2009, Claimant Berrien Sutton entered a plea of guilty to a criminal charge related to the instant civil forfeiture action. In exchange for his plea of guilty, the Government agreed to dismiss this forfeiture action upon acceptance of Sutton's guilty plea by this Court. As a result, this civil forfeiture action is stayed until further order of the Court.

**SO ORDERED**, this the 10th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc